UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 16, 2013

_____

DOCKET CORRECTION NOTICE
_____

No. 13-1636,   <u>In re: Charles Hinton</u>
              5:12-hc-02299-D

TO:   Charles Everette Hinton

CERTIFICATE DUE:  May 28, 2013

Please file the certificate identified below by the due date indicated.

[ ] There was no certificate of service under FRAP 25(d). Use the **certificate of service** entry to file the required certificate.

[ x ] There was no certificate of service in a mandamus case on all parties to the action in the trial court. Use the **certificate of service** entry to file certificate.

[ x ] There was no certificate of service in a mandamus case on the trial court judge. Use the **certificate of service** entry to file the required certificate.

[ ] There was no certificate of compliance with type-volume limitations. Use the **certificate of compliance with type-volume limitations** entry to file the required certificate.

[ ] There was no certificate showing compliance with the Supreme Court's decision in <u>Anders</u>. Use the **certificate of service for Anders brief** form and entry to file the required certificate.

Joy Hargett Moore, Deputy Clerk
804-916-2702